**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | : Bankruptcy No. 25-12609-DJB |
| Donnell S. Kennedy | : Chapter 13 |
| *Debtor* | : |
| | : |
| Elizon Master Participation Trust I, U.S. Bank | : |
| Trust National Association, as Owner Trustee | : |
| *Movant* | : |
| vs. | : |
| Donnell S. Kennedy | : |
| *Debtor/Respondent* | : |
| Stephanie Kennedy | : |
| Property Buying Solutions, LLC | : |
| *Non-Filing Co-Debtors/Respondents* | : |
| and | : |
| Kenneth E. West, Esquire | : |
| *Trustee/Respondent* | : |

**ORDER**

AND NOW, this ____ day of _____, 2026, upon the Certification of Default of Movant, Elizon Master Participation Trust I, U.S. Bank Trust National Association, as Owner Trustee, it is hereby

ORDERED THAT: the Motion is granted, and the Automatic Stay of all proceedings, as provided under 11 U.S.C. § 362, and §1301 as to Stephanie Kennedy and Property Buying Solutions, LLC, of the Bankruptcy Code is modified and lifted with respect to the Property, more commonly known as a 2222 N. Sydenham Street, Philadelphia, PA 19132, to allow Movant or its successors, if any, to exercise its rights under its loan documents., and

IT IS FURTHER ORDERED that the 14-day stay provided by Rule 4001(a)(4) is hereby waived.

_____
Honorable Derek J. Baker
U.S. Bankruptcy Judge

**Date: February 18, 2026**